UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: ANGELLA BROWN, Debtor

ANGELLA BROWN, Plaintiff,

v.

SADDLE BROOK SURGICENTER, INC., Defendant.

Case No.: 09-13843 RG

Adv. Proc. No: 09-1752 RTL

Judge: Hon. Raymond T. Lyons, U.S.B.J.

Order Filed on 4/15/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

ORDER FOR SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF AND OTHER RELIEF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 4/15/2010**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

(Page 2)
Debtor: Angella Brown
Case No: 09-13843 RG
Adv. Pro. 09-1752 RTL
Caption of Order: Order for Summary Judgement in Favor of Plaintiff and Other Relief

The following order is hereby entered:

This matter having come before the court on April 15, 2010, in the presence of Northeast New Jersey Legal Services (Neil J. Fogarty, Esq. appearing on behalf of Plaintiff Angella Brown) and Pearce Fleisig, L.L.C. (Gregory A. Randazzo, Esq. appearing on behalf of Defendant Saddle Brook SurgiCenter, Inc.); and the court having considered the evidence presented and the arguments of counsel;

**IT IS ORDERED** as follows:

1. That summary judgment be entered in favor of Plaintiff Angella Brown and against Defendant Saddle Brook SurgiCenter, Inc. finding the fixing of Defendant's judgment lien on Plaintiff's bank account avoidable as impairing Plaintiff's exemption under 11 U.S.C. § 522(d)(5), pursuant to 11 U.S.C. § 522(f)(A);

2. That Defendant Saddle Brook SurgiCenter, Inc. return to Plaintiff Angella Brown the funds seized from her Wachovia Bank account and being held in escrow which shall consist of the amount seized ($2,645.69) less the court officer's commission ($264.57) for a total amount of $2,381.12;

3. That summary judgment for the Defendant Saddle Brook SurgiCenter, Inc. be denied;

4. That Plaintiff Angella Brown's motion for permission to file a supplemental/amended complaint be denied.

*Approved by Judge Raymond T. Lyons  April 15, 2010*